UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

October 22, 2003

10:00AM

*Held 10:05 – 10:35 am
30 min*

CASE NO. **3:01cv1685(JBA)**  ()  **Clynch v. Chapman et al**
___

John R. Williams                Williams & Pattis
                                51 Elm St. Ste. 409
                                New Haven, CT 06510
                                203-562-9931

James P. Mooney                 Kelly & Mooney
                                2452 Black Rock Tpke.
                                Fairfield, CT 06432-2407
                                203-373-7780

Raymond J. Kelly                Kelly & Mooney
                                2452 Black Rock Tpke.
                                Fairfield, CT 06432-2407
                                203-373-7780

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK