IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x

WILLIAM CLYNCH

V.

STEVE CHAPMAN ET AL.

------------------------------------------------------x

3:01 CV 1685 (JBA)

DATE: OCT. 22, 2003

## MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference: October 22, 2003

Attorneys Present:   John R. Williams, Esq.
                     (For Plaintiff)

                     James P. Mooney, Esq.
                     (For Defendants)

### DISCUSSIONS

Brief settlement discussions were held.

### ORDERS

1. **On or before November 14, 2003**, defense counsel will report to plaintiff's counsel and the Magistrate Judge's Chambers his clients' settlement position.

2. With the approval of Judge Arterton, the Scheduling Order, filed October 3, 2003 (Dkt. #27) is hereby modified such that the parties' Joint Trial Memorandum shall be filed **on or before December 3, 2003**, and the pre-trial conference scheduled for November 20, 2003 and the jury selection scheduled for December 3, 2003 are hereby postponed until further notice by the Court.

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

AO 72A
(Rev. 8/82)

Dated at New Haven, Connecticut, this 22nd day of October, 2003.

_____
Joan Glazer Margolis
U.S. Magistrate Judge

2