FILED
Nov 17  2 35 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| STEVE CHAPMAN, JAMES | : | NOVEMBER 14, 2003 |
| GAROFALO and SALVATORE | : | |
| FROSCHINO | : | |
| **Defendants** | : | |

## JOINT MOTION FOR ENLARGEMENT
## OF TIME TO EXTEND SCHEDULING ORDER

The parties to this lawsuit jointly move this Court to enlarge the deadlines set by the Court on October 1, 2003 for the following reasons:

1. The parties met with Magistrate Judge Joan G. Margolis on October 22, 2003 to discuss settlement possibilities.

2. During that meeting undersigned defense counsel indicated to the Court that he would address the Derby Board of Aldermen to request settlement authority on November 13, 2003.

3. On November 12, 2003 defense counsel learned that this municipal board meeting was canceled for reasons unrelated to this matter.

*(See attached correspondence dated November 12, 2003 marked as Exhibit 1.)*

4. This matter is currently scheduled for a pretrial on November 20, 2003 which is unlikely to be productive regarding settlement discussions absent an opportunity to obtain tentative settlement authority.

5. Plaintiff's counsel, John Williams, jointly seeks this enlargement.

Wherefore, the parties jointly seek an enlargement as follows:

1. Follow up settlement conference with Judge Margolis the week of November 24, 2003.

2. Joint Trial Memorandum filed on December 3, 2003.

3. Jury Selection on January 5, 2004.

**WHEREFORE**, the parties to this lawsuit respectfully request the Court grant this Motion for Enlargement for the reasons stated above.

THE DEFENDANTS,
Steve Chapman, James Garofalo
and Salvatore Froschino

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on November 14, 2003 a copy of the foregoing Joint Motion for Enlargement of Time to Extend Scheduling Orders was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut  06510

_____
JAMES P. MOONEY, Esquire
Federal Bar No.: CT 09070

# EXHIBIT 1

ROBERT L. BERCHEM
MARSHA BELMAN MOSES
MICHAEL P. DEVLIN†
STEPHEN W. STUDER*
RICHARD J. BUTURLA
FLOYD J. DUGAS
KENNETH R. PLUMB
LAWRENCE B. PELLEGRINO
THOMAS GALVIN COTTER

JONATHAN D. BERCHEM°
THOMAS A. CARROLL†
CAROLYN MAZANEC DUGAS
RICHARD M. HASKELL III
WARREN L. HOLCOMB◊
RACHEL L. KRINSKY
MICHELLE C. LAUBIN†
BRYAN L. LECLERC†
BRIAN A. LEMA
BRIAN W. SMITH
MICHAEL V. VOCALINA

OF COUNSEL
JOHN W. HOGAN, JR.
LOREN LETTICK
JOSEPH L. RINI†

# BERCHEM, MOSES & DEVLIN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

75 BROAD STREET

MILFORD, CONNECTICUT 06460

TELEPHONE (203) 783-1200
FACSIMILE (203) 878-2235
(203) 877-8422
(203) 877-6192

25 HIGH STREET
MILFORD, CT 06460

91 WILLIAM STREET
NEW HAVEN, CT 06511
TELEPHONE (203) 562-9911

BAYVIEW STATION
P. O. BOX 5660
BRIDGEPORT, CT 06610

PLEASE REPLY TO
MILFORD OFFICES

◊ALSO ADMITTED IN CALIFORNIA
* ALSO ADMITTED IN MASSACHUSETTS
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN PENNSYLVANIA

November 12, 2003

VIA FACSIMILE (203) 373-6860

James P. Mooney, Esq.
Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06825-2407

Re:   William Clynch vs. Steve Chapman, et al

Dear Attorney Mooney:

This letter is to advise you that the Derby Board of Aldermen meeting scheduled for Thursday, November 13, 2003 has been canceled. The next meeting of the Board of Aldermen is on Thursday, November 20, 2003 at 7:00 p.m. at Derby City Hall. I note in your letter that the full pretrial with Judge Arterton is scheduled for November 20 at 10:00 a.m. Of course, any tentative settlement reached at the pretrial must be made subject to obtaining the City's consent. In that regard, you can represent to Judge Arterton and John Williams that the Derby Board of Aldermen will be meeting that night, and that this matter is on the agenda. Please advise me if you are available to address the Derby Board of Aldermen on November 20, 2003. The meetings usually start at 7:00 p.m. If you let me know what time you will arrive, I will try to get this matter heard out of order to accommodate you. My direct dial is (203) 882-4131 and my e-mail address is wholcomb@bmd-law.com.

Very truly yours,

Warren L. Holcomb, Esq.
WLH/jbj
cc:   Richard J. Buturla, Esq.

G:\18\18500\1\corresp.03\mooney ltr.doc