FILED

Dec 3  2 25 PM '03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| WILLIAM CLYNCH | : | CIVIL ACTION NO. |
| --- | --- | --- |
|  | : | 301CV01685 (JBA) |
| **Plaintiff** | : |  |
|  | : |  |
| VS. | : |  |
|  | : |  |
| STEVE CHAPMAN, JAMES | : | DECEMBER 1, 2003 |
| GAROFALO and SALVATORE | : |  |
| FROSCHINO | : |  |
| **Defendants** | : |  |

## JOINT MOTION FOR ENLARGEMENT
## OF TIME TO EXTEND SCHEDULING ORDER

The parties to this lawsuit jointly move this Court to enlarge the deadlines set by the Court on November 20, 2003 for the following reasons:

1. The parties met with Magistrate Judge Joan G. Margolis on October 22, 2003 to discuss settlement possibilities.

2. During that meeting undersigned defense counsel indicated to the Court that he would address the Derby Board of Aldermen to request settlement authority on November 13, 2003.

3. On November 12, 2003 defense counsel learned that this municipal board meeting was canceled for reasons unrelated to this matter.

4. Undersigned counsel did meet with the Derby Board of Aldermen on November 20, 2003, and presented issues relevant to the possible resolution of this matter.

5. Undersigned counsel is now scheduled to meet with the same board on December 11, 2003 to address additional unresolved issues.

6. Plaintiff's counsel, John Williams, jointly seeks this enlargement.

Wherefore, the parties jointly seek an enlargement as follows:

1  Joint Trial Memorandum filed on January 5, 2004.

2  Jury Selection on February 9, 2004.

**WHEREFORE**, the parties to this lawsuit respectfully request the Court grant this Motion for Enlargement for the reasons stated above.

THE DEFENDANTS,
Steve Chapman, James Garofalo
and Salvatore Froschino

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070

**CERTIFICATION**

This is to certify that on December 1, 2003 a copy of the foregoing Joint Motion for Enlargement of Time to Extend Scheduling Orders was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

_____
JAMES P. MOONEY, Esquire
Federal Bar No.: CT 09070