12/3/03 -- Granted; the Joint Trial Memorandum is due on 1/5/04; jury selection is scheduled for 2/17/04.

[signature] J.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| STEVE CHAPMAN, JAMES | : | DECEMBER 1, 2003 |
| GAROFALO and SALVATORE | : | |
| FROSCHINO | : | |
| **Defendants** | : | |

## JOINT MOTION FOR ENLARGEMENT
## OF TIME TO EXTEND SCHEDULING ORDER

The parties to this lawsuit jointly move this Court to enlarge the deadlines set by the Court on November 20, 2003 for the following reasons:

1. The parties met with Magistrate Judge Joan G. Margolis on October 22, 2003 to discuss settlement possibilities.

2. During that meeting undersigned defense counsel indicated to the Court that he would address the Derby Board of Aldermen to request settlement authority on November 13, 2003.

3. On November 12, 2003 defense counsel learned that this municipal board meeting was canceled for reasons unrelated to this matter.

FILED
DEC 4   9:50 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.