**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CLYNCH                                    :                    FILED

v.                                        :   NO. 3:01cv1685 (JBA) DEC 5  3 04 PM '03

CHAPMAN, ET AL                            :                    U.S. DISTRICT COURT
                                                              NEW HAVEN, CONN.

<u>**ENDORSEMENT ORDER [DOC. #34]**</u>

Joint Motion for Enlargement of Time to Extend Scheduling Order
[doc. #34] is GRANTED as follows:

1. The parties' Joint Trial Memorandum will be filed 1/5/04
   [instructions attached].

2. A pre-trial conference will be held 1/26/04 at 12:30 p.m. in
   Chambers Room 118.

3. Jury selection will be held 2/17/04 at 9:00 a.m. in
   Courtroom Two, and this matter will be trial ready
   thereafter.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: <u>December 05, 2003</u>