UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | |
| | : | |
| V. | : | CIVIL NO. 3:01CV1685 (JBA) |
| | : | |
| STEVE CHAPMAN, | : | |
| JAMES GAROFALO and | : | |
| SALVATORE FORSCHINO | : | JANUARY 5, 2004 |

## REQUEST FOR OPENING STATEMENTS

Pursuant to the Court's Standing Order concerning Trial Procedures and Requirements, the plaintiff requests opening arguments at the trial of this matter.

THE PLAINTIFF

BY_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

**CERTIFICATION OF SERVICE**

On the above date, copies hereof were mailed to Attorney James P. Mooney, Law Office of Kelly & Mooney, 2452 Black Rock Turnpike, Fairfield, CT 06432.

_____
JOHN R. WILLIAMS