FILED

Jan 9  2 ๐ɔ PH '04

U.S. DISTRICT COURT
NEW HAVEN CONN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM CLYNCH** | : | **CIVIL ACTION NO.** |
| | : | **301CV01685 (JBA)** |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **STEVE CHAPMAN, JAMES** | : | **JANUARY 7, 2004** |
| **GAROFALO and SALVATORE** | : | |
| **FROSCHINO** | : | |
| **Defendants** | : | |

### REQUEST FOR OPENING STATEMENTS

Pursuant to the Court's Standing Order concerning Trial Procedures

and Requirements the Defendants, Steve Chapman, James Garofalo and

Salvatore Froschino, request opening arguments at the trial of this matter.

THE DEFENDANTS,
Steve Chapman, James Garofalo
and Salvatore Froschino

By:_____
     James P. Mooney, Esquire
     Law Office of Kelly & Mooney
     2452 Black Rock Turnpike
     Fairfield, Connecticut 06825
     (203) 373-7780
     Federal Bar No.: CT 09070