FILED

Jan 9    3 17 PM '04

U.S.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| STEVE CHAPMAN, JAMES | : | JANUARY 7, 2004 |
| GAROFALO and SALVATORE | : | |
| FROSCHINO | : | |
| Defendants | : | |

## REQUEST FOR OPENING STATEMENTS

Pursuant to the Court's Standing Order concerning Trial Procedures

and Requirements the Defendants, Steve Chapman, James Garofalo and

Salvatore Froschino, request opening arguments at the trial of this matter.

THE DEFENDANTS,
Steve Chapman, James Garofalo
and Salvatore Froschino

By:_____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070