# 8. (a)
# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| STEVE CHAPMAN, JAMES | : | JUNE 19, 2002 |
| GAROFALO and SALVATORE | : | |
| FROSCHINO | : | |
| Defendants | : | |

### DEFENDANTS' PRELIMINARY EXPERT DISCLOSURE

**TO:** William Clynch, through his attorney of record Robert Romano of 51 Elm Street, Suite 409, New Haven, Connecticut 06510.

The Defendants, Steve Chapman, James Garofalo and Salvatore Froschino, make this expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2).

### A.  IDENTITY OF EXPERT

1. The following person may be used at trial to present evidence under Federal Rule 702, 703 or 705.

   a. Dr. James O'Brien, M.D.
      31 Surrey Drive
      Wethersfield, Connecticut  06109

    b. The expert's telephone number is (860) 721-0121.

### B. INFORMATION FROM RETAINED OR SPECIFICALLY EMPLOYED EXPERTS

2. The following person whom the Defendants have retained or specifically employed to provide expert testimony is Dr. O'Brien referred to above. It is anticipated that Dr. O'Brien will testify regarding, inter alia, the affects of alcohol upon the Plaintiff's ability to operate a motor vehicle on or about November 1, 2000.

3. The Defendants will supplement this disclosure by attaching the following:

    a. A report prepared and signed in compliance with Rule 26(a)(2)(B),

    b. Statement of opinions and basis and reasons for them.

    c. The data or other information considered in forming the opinions.

    d. Description of exhibits to be used.

    e. Curriculum Vitae.

    f. List of publications within the last ten (10) years.

    g. List of all other cases in which the expert has testified as an expert at trial or by deposition in the last four (4) years.

4. Dr. O'Brien will be compensated as follows:

Retainer - $450.00 to be applied to an hourly rate of approximately $175.00 per hour.

> THE DEFENDANTS,
> Steve Chapman, James Garofalo
> and Salvatore Froschino
>
> By:_____
> James P. Mooney, Esquire
> Law Office of Kelly & Mooney
> 2452 Black Rock Turnpike
> Fairfield, Connecticut 06432
> (203) 373-7780
> Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on June 19, 2002 a copy of the foregoing Defendants' Preliminary Expert Disclosure was mailed, postage prepaid, via first class U.S. mail, to:

Attorney Robert J. Romano
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

> _____
> JAMES P. MOONEY, Esquire
> Federal Bar No.: CT 09070

# 8. (a)
# EXHIBIT 2

Case 3:01-cv-01685-JBA   Document 41-2   Filed 01/12/2004   Page 5 of 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CLYNCH | : CIVIL ACTION NO. |
|  | : 301CV01685 (JBA) |
| Plaintiff | : |
|  | : |
| VS. | : |
|  | : |
| STEVE CHAPMAN, JAMES | : JULY 30, 2002 |
| GAROFALO and SALVATORE | : |
| FROSCHINO | : |
| Defendants | : |

### DEFENDANTS' SUPPLEMENT TO EXPERT DISCLOSURE

**TO:** William Clynch, through his attorney of record Robert Romano of 51 Elm Street, Suite 409, New Haven, Connecticut 06510 and Attorney John Williams of 51 Elm Street, Suite 409, New Haven, Connecticut 06510.

The Defendants, Steve Chapman, James Garofalo and Salvatore Froschino, make this expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2).

### A. IDENTITY OF EXPERT

1. The following person may be used at trial to present evidence under Federal Rule 702, 703 or 705.

    a. Dr. James O'Brien, M.D.
       31 Surrey Drive
       Wethersfield, Connecticut 06109

    b. The expert's telephone number is (860) 721-0121.

### B. INFORMATION FROM RETAINED OR SPECIFICALLY EMPLOYED EXPERTS

2. The following person whom the Defendants have retained or specifically employed to provide expert testimony is Dr. James O'Brien referred to above. It is anticipated that Dr. O'Brien will testify regarding, (1) inter alia, a description of the materials and documents he received regarding the arrest of Mr. William Clynch on November 1, 2000 for driving under the influence of alcohol as set forth in his report dated July 29, 2002 attached hereto; (2) his understanding of the facts surrounding Mr. Clynch's activities prior to, during and after the arrest of November 1, 2000; (3) regarding facts learned from the Administrative Per Se Unit and Derby Police incident report as set forth in his report dated July 29, 2002; (4) regarding facts learned from Mr. Clynch's deposition transcript of May 16, 2002; (5) regarding blood alcohol test values as set forth in the report of July 29, 2002; (6) regarding the amount of beer likely to have been consumed to produce a

blood alcohol level as reported as described in said report of July 29, 2002; (7) regarding physical and mental impairments likely to exist at the alcohol level noted in the investigation as described in said report of July 29, 2002; and (8) further facts and opinions as set forth in said report dated July 29, 2002.

Dr. James O'Brien bases these opinions upon his general educational background, research experience, professional experience, prior trial experience and standard professional literature regarding consumption and effects of alcohol.

3. The Defendants supplement their prior disclosure by attaching the following:

a. A report prepared and signed in compliance with Rule 26(a)(2)(B) dated July 29, 2002;

b. Curriculum Vitae.

c. List of publications within the last ten (10) years.

d. List of all other cases in which the expert has testified as an expert at trial or by deposition in the last four (4) years.

4. Dr. O'Brien will be compensated as follows:

Retainer - $450.00 to be applied to an hourly rate of approximately $200.00 per hour; $300.00 per hour for actual court testimony.

THE DEFENDANTS,<br>
Steve Chapman, James Garofalo<br>
and Salvatore Froschino<br><br>

By:_____<br>
James P. Mooney, Esquire<br>
Law Office of Kelly & Mooney<br>
2452 Black Rock Turnpike<br>
Fairfield, Connecticut 06432<br>
(203) 373-7780<br>
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on July 30, 2002 a copy of the foregoing Defendants' Preliminary Expert Disclosure was mailed, postage prepaid, via first class U.S. mail, to:

Attorney Robert J. Romano
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

Attorney John Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

_____<br>
JAMES P. MOONEY, Esquire<br>
Federal Bar No.: CT 09070

*James E. O'Brien, Ph.D., M.D.*
31 Surrey Drive
Wethersfield, CT 06109
(860) 721-0121
Fax (860) 721-0125

July 29, 2002

James P. Mooney, Esq.
Law Offices of
Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06432-2407

Re: William Clynch v. Steve Chapman, James Garofalo and Salvatore Froschino

Dear Attorney Mooney,

I have reviewed the following materials and documents regarding the arrest of Mr. William Clynch on November 1, 2000 for driving under the influence of alcohol.

1. State of Connecticut Department of Motor Vehicles Administrative Per Se Unit Report dated November 1, 20000,
2. Derby Police Department Incident Report,
3. Deposition of Mr. William Clynch dated May 16, 2002,
4. Complaint regarding Mr. Clynch v. Mr. Steve Chapman, Mr. James Garofalo and Mr. Salvatore Froschino filed in the United States District Court, District of Connecticut,
5. Derby Police Department Incident Reports involving Mr. Clynch from May 23, 1997 to July 19, 2000

These documents indicate that Mr. William Clynch was stopped on November 1, 2000 at approximately 2108 hours. According to the Administrative Per Se Unit and Derby Police Incident reports there was an odor of an alcoholic beverage in the vehicle, Mr. Clynch's eyes were glossy and bloodshot, and he spoke with a slight slur. Mr. Clynch was asked to perform the Standard Field Sobriety tests on which he showed six clues on the Horizontal Gaze Nystagmus, four clues on the Walk-and-Turn and three clues on the One-Leg-Stand. Following the tests Mr. Clynch was arrested for driving under the influence and was taken to the Derby Police Department where he was requested to perform Intoxilyzer tests. These tests were performed at 2206 and 2240 hours. The results of the test were 0.061% w/w and .0056% w/w respectively.

Page 2
July 29, 2002
James P. Mooney, Esq.
Re: Clynch v. Chapman, Garofalo and Froschino

The Administrative Per Se Unit Report also indicates that Mr. Clynch, who weighed one hundred and eighty five pounds at the time, had consumed three to four beers between 2000 and 2100 hours and that he was taking medication but did not need it at that time. Mr. Clynch (according to the incident report) also stated he was coming from Franco's bar where he had consumed a few beers. This report also indicates that there were no medical reasons why he could not perform the Field Sobriety Tests.

Review of Mr. Clynch's deposition indicates that he arrived at Franco's between 1900 and 1915 hours and left between 2000 and 2100 hours. He states that during that time he ingested a couple of Miller Lite beers. It is also noted in the deposition that prior to the One-Leg-Stand he told the officer that he had a bad left knee and that he could not do that (test). Mr. Clynch, in his deposition, states that he had no alcohol that day prior to arriving at the bar, had no dinner but had popcorn, pretzels and a little snack and that a "couple" was two Miller Lite beers.

It is noted that the test values reported are in terms of percent weight/volume (w/v) (grams of alcohol per 100cc of blood) and must be converted to the legally required percent weight (w/w) or grams of alcohol per 100 grams of blood. This necessary conversion places the first test value in terms of percent weight/weight at 0.058% w/w. In the case of the second test (0.056% w/v) correction to percent by weight will further lower this value to 0.053% w/w. In addition correction for the five-percent, plus or minus, standard error of the Intoxilyzer would place the first value between 0.055% w/w and 0.061% w/w, while that of the second may be as low as 0.050% w/w or as high as 0.056% w/w.

In regards to your inquiry as to how much alcohol Mr. Clynch would had to have consumed if he drank in the manner described (Miller Lite beginning at about 2000 hours), to have a blood alcohol level of 0.058% w/w at 2206 hours it would require approximately five twelve-ounce beers. More specifically if Mr. Clynch had consumed only the two beers as he stated he could not have attained a level of 0.058% w/w. In fact if these were consumed over the period noted his level at the time of testing would have been below 0.10% w/w

In response as to the affects of an alcohol level of the magnitude noted, there would be both physical and mental impairments. These would include decreased judgment and concentration, less concern about ones well being, decreased inhibitions, decrease in coordination, slow mental processes and reflexes and visual impairments.

Page 3
July 29, 2002
James P. Mooney, Esq.
Re: Clynch v. Chapman, Garofalo and Froschino

As to whether or not one may have an alcohol level below the legal limit and still be unable to operate a motor vehicle, it is entirely possible for individuals with levels below these limits to be impaired to the point where they would not be able to drive in a proper and safe manner.

Sincerely yours,

James E. O'Brien, Ph.D., M.D.

# CURRICULUM VITAE

## *JAMES EDWARD O'BRIEN, Ph.D., M.D.*

31 Surrey Drive
Wethersfield, CT 06109
(860)679-2626

Board Eligible – Internal Medicine
Memberships – 1} Connecticut Medical Society
                 2} Hartford County Medical Society
                 3} American College of Clinical Pharmacology (Fellow)

### Education:
University of Connecticut, Storrs, Connecticut
B.S., Pharmacy – 1952
M.S., Pharmacology – 1955
Ph.D., Pharmacology – 1957
M.D., University of Vermont, Burlington, Vermont – 1961

### Internship:
St. Francis Hospital, Hartford, Connecticut
Rotating Internship, July 1961 – July 1962

### Residency:
St. Francis Hospital, Hartford, Connecticut
Surgical Resident, July 1962 – December 1962
Medical Resident, January 1962 – December 1966

### Honors / Awards:
U.S. Department of Justice, Award for Significant Contributions in the Field of Drug Abuse

Distinguished Alumni, University of Connecticut

Connecticut Narcotic Enforcement Officers Association for Devoted Support and Assistance in Drug Education of Enforcement Officers and Civic Organizations

Milton Camilleri Award for Outstanding Contributions in Drug Education and Pursuit of Abolishment of Drug Abuse

New England Narcotic Enforcement Association for Exemplary Service Given in the Interest of Public Safety of People in New England

Narcotic Enforcement Association Award for Education and Training in Substance Abuse in Business and Industry

Page 2
Cirriculum Vitae
James E. O'Brien, Ph.D., M.D.

## Consultantships and Committees:

Capitol Region Council of Governments, Task Forces on Narcotics and Dangerous Drugs, Sub-Committee Chairman for Treatment and Rehabilitation, Sub-Committee Vice-Chairman for Law Enforcement

Connecticut Hospital Association – Council on Professional Services and Committee on Alcoholism

Research Advisory Committee, Department of Corrections, State of Connecticut

Board of Directors, Nutmeg Games

Governor's Task Force on Drug Abuse Education

Appeals Officer & Consultant on Drug Education & Testing for Northeast Utilities Nuclear Facilities

Consultant on Drug Testing, University of Hartford Athletic Department

Chairman, Medical Committee for International Narcotic Enforcement Assoc.

National Institute of Drug Abuse, Office of Extramural Project Review, Contract Review Unit

State of Connecticut Medical Society, Joint Conference Committee on Pharmacy and Medicine

Research Committee, State Methadone Program, Alcohol and Drug Division, Department of Mental Health, State of Connecticut

Past Consultant, U.S. Department of Justice Drug Enforcement Administration

U.S. Pharmacopoeia, Credentials Committee

Greater Hartford Chamber of Commerce Committee on Drug Legislation

Page 3
Cirriculum Vitae
James E. O'Brien, Ph.D., M.D.

### Research Support:

Career Teacher, Alcohol and Drug Dependency, NIAAA#5T01 AA 07085, July 1975 - September 1979, $124,647

Alcohol Research Center, University of Connecticut, NIAAA#P50AA03510-3, March 1978 – November 1982, Program Coordinator, $2,000,000.

"Double Blind Study of Lorazepam versus Diazepam in the Treatment of the Acute Alcohol Abstinence Syndrome", Wyeth Laboratories Grant, April 1979- September 1980, Principal Investigator, $20,143.

"Double Blind Study of Halazepan (Paxim) versus Chloriazeposide (Librium) in The Symptomatic Relief of Acute Alcohol Withdrawal", Schering Laboratories Grant, July 1, 1980 – June 30, 1981, Principal Investigator, $51,788.

### Professional Experience:

Assistant Professor of Medicine, University of Connecticut School of Medicine, 1974 -1992

Assistant Professor of Surgery, University of Connecticut School of Medicine, 1992 - present

Associate Professor Psychiatry, University of Connecticut School of Medicine, 1981 - present

Medical Director, LaMontagne & O'Brien, Assoc., L.L.C., 1995- Present

Medical Director, State of Connecticut Parole Program- 1998 – Present

Medical Director, Government Programs-Pharmacy and Therapeutic Affairs Blue Cross/ Blue Shield of Connecticut- 1996 – 1999

Medical Director-Disability, The Hartford Insurance Company, 1992 - 1996

Consultant, Pharmacology, Rocky Hill State Hospital, 1970 – 1990

Clinical Pharmacologist and Assistant Visiting Physician, Department of Medicine, St. Francis Hospital, Hartford, Connecticut, 1966 – 1975

Director, Methadone Detoxification Program, St. Francis Hospital, 1975 –1980

Medical Consultant and Lecturer, Blue Hills Hospital, Department of Alcohol and Drug Dependence, State of Connecticut, 1968 – 1978