Page 4
Cirriculum Vitae
James E. O'Brien, Ph.D., M.D.

### Professional Experience (Continued)

    Medical Director, Combined Hospital Alcoholism Program, 1973 – 1975

    Director, Hartford County Poison Control Center, 1966-1974

    Professional Specialist, Alcohol and Drug Training Center, University of Connecticut School of Medicine, 1973 – 1975

    Medical Director, St. Francis Hospital Intensive Care, 1966 -1973

### Appointments:

    Vice-President, Hartford Dispensary, 1990 – 1998

    Medical Director, Member, Board of Directors, Hartford Dispensary Methadone Maintenance, 1986 – Present

    Chairman, Medical Committee and Physician for State Boxing Commission, 1991 – 1998

    Commissioner of Pharmacy, State of Connecticut, 19679– 1978; Chairman, 1974 – 1976; appointed permanent Chairman, 1979 – 1988

    Drug Advisory Council, State of Connecticut, 1967; Chairman, 1976 –1982; Sub-Committee of Enforcement, Control and Criminal Administration, Chairman, 1970 – 1982

    Commission on Alcoholism and Drug Abuse, Hartford, Connecticut, 1974 –1982

    Commissioner, Alcohol and Drug Abuse Commission, State of Connecticut, 1982 – 1991

    Governor's Task Force on Alcohol and Driving, 1982

    Governor's Task Force on Substance Abuse 1986

### Faculty Appointments:

    Medical Director, Alcohol and Drug Abuse Treatment Center, John Dempsey Hospital, 1977 – 1992, 1993 to 2000

    Assistant Professor of Medicine, University of Connecticut School of Medicine 1976 – 1992

Page 5
Cirriculum Vitae
James E. O'Brien, Ph.D., M.D.

### Faculty Appointments: (Continued)

Associate Professor of Psychiatry, University of Connecticut School of Medicine
1981 – Present

Associate Professor of Surgery, University of Connecticut School of Medicine
1992 – Present

Associate Director, Poison Control Center, State of Connecticut, University of Connecticut Health Center, 1993 – Present

Medical Director, Poison Control Center, State of Connecticut University of Connecticut Health Center, 1986 – 1993

Research Associate, University of Vermont, Department of Pharmacology,
1957 – 1961

Consultant in Pharmacology, University of Connecticut, 1966 – 1973

Lecturer in Psychiatry, Yale University School of Medicine, 1971 – 1972

Assistant Professor of Psychiatry, University of Connecticut School of Medicine,
1974 – 1981

### Publications:

O'Brien, James E. and Thomas, R.K., The In-Vitro Effect of Sodium Lauryl Sulfate on Vaginal Pathogens. JA Ph A Sc Ed, XLIV, No. 4, 245-247, 1955

O'Brien, James E. and Thomas, R.K., The Antipyretic and Analgesic Activities of Thymatic Acid. JA Ph A Sc Ed, XLVII, 258, 1958

Hanna, C and O'Brien, James E., The effect of HET on Early Histological Changes in the Lens of Co=60 Gamma Radiated Rat, Fed Proc 18:400, 1959

Hanna, C and O'Brien, James E., Cell Production and Migration in the Epithelial Layer of the Cornea. A.M.A. Arch Opth 64:536-539, 1960

Hanna, C and O'Brien, James E., Intracellur Distribution of Drugs, II. Cations and the Intracellular Distribution of Mephentermine in the Isolated Rabbit Heart. Arch Int Pharmacodyn, CXXVII 361-368, 1960

JAMES E. O'BRIEN, Ph.D., M.D.
Record of Depositions Taken

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 7/93 | John McGail (Defense) | Carlos Velez vs. Lake Quassapaug | Substance Abuse | New Haven, CT |
| 9/93 | Susan Miller (Defense) | Alfred Avuka vs. Adina Skal | | Hartford, CT |
| 11/93 | Elizabeth Schumacher | Peter Pare vs. Alison Hussey | | Hartford, CT |
| 3/15/94 | Brian E. Prindle (Defense) | George A. Johnson vs. Bob Riley | Worker's Comp | Manchester, CT |
| 10/94 | Robert Oliver (Plaintiff) | Carl Di Bianco vs. Atlas Oil Co. | | New Haven, CT |
| 12/27/94 | George Murray (Plaintiff) | Hamid Misaghian vs. Ali Shakibai, MD | Medical Malpractice | Hartford, CT |
| 1995 | Suzanne Caron (Plaintiff) | Marouski v. Fierer | Medical Malpractice | Vernon, CT |
| 1995 | John Navarro (Plaintiff) | Phyllis Weber, Exec. V, Louis Reich, MD | Medical Malpractice | New London, CT |
| 11/20/95 | Daniel Benjamin (Plaintiff) | G. Colleto, Adm of Estate of James Gatto vs, Grade A Drugs | Pharmacy Mal | Stamford, CT |

Record of Depositions
James E. O'Brien, Ph.D., M.D.

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 12/5/95 | Joseph Mengacci (Plaintiff) | Estate of William Crocco v. Lulian Lieb, MD | Medical Malpractice | Waterbury, CT |
| 4/30/96 | Thomas Cella (Defense) | Lloyd et al vs. Nature's Campsite Partnership, et al | Personal Injury | Hartford, CT |
| 8/27/96 | Everett Madin (Defense) | Britt Marie Harwe vs. Robert Fritz, DC | Personal Injury | Hartford, CT |
| 9/19/96 | Ceasar Noble (Defense) | Weaver v. Thrifty | Personal Injury | West Hartford, CT |
| 11/18/96 | John Blazi (Plaintiff) | Pedro Cortez vs. Bristol Hospital | Pharmacy Mal | Hartford, CT |
| 11/19/96 | Laura Ondrush (Defense) | Jared Wilkas v. Stop & Shop | Personal Injury | West Hartford, CT |
| 12/31/96 | Barry Jacobs (Defense) | Nancy A. Jakiella v. Veteran's Memorial Hospital | Medical Malpractice | Hartford, CT |
| 1/8/97 | Louis, George (Plaintiff) | Gabrielle Purcell v. Traveler's Ins. Co. | Personal Injury | New Haven, CT |

James E. O'Brien, Ph.D., M.D.
Record of Depositions Taken

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 2/6/97 | Stephen Ellis (Defense) | Strohecker vs. Canadian Pacific Transport, LTD et al | Personal Injury | Dedham, MA |
| 6/23/97 | Jack Miller (Plaintiff) | Estate of Gary Bononi vs. Ronald Szabo, MD & Mt. Sinai Laboratories | Medical Malpractice | Hartford, CT |
| 10/29/97 | Eugene Ralston (Plaintiff) | William Rork vs. Dr. Bair | Medical Malpractice | Hartford, CT* *case is out of Topeka, KS |
| 11/7/97 | Diane Weaver (Plaintiff) | Berisford v. Bratt et, al | Medical Malpractice | Hartford, CT* *case is out of FL |
| 12/97 | Kathleen Lange (Plaintiff) | John Cockayne | Medical Malpractice | Hartford, CT |
| 6/1/98 | Albert Zakarian (Plaintiff) | Estate of Alfred Joy | Medical Malpractice | Hartford, CT |
| 9/1/98 | Henderson-Staples (Plaintiff) | Ola Mae Taylor | Medical Malpractice | Hartford, CT |
| 9/4/98 | Timothy Schulz (Defense) | State of Florida vs. Brancaccio | Murder | Windsor Locks, CT* *case is out of Florida |

Page 4
James E. O'Brien, Ph.D., M.D.
Record of Depositions Taken

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 10/13/98 | John Houlihan (Plaintiff) | Jean W. Frenette vs. Leroy Conklin, et al | Personal Injury | Hartford, CT |
| 11/10/98 | Diane Weaver (Plaintiff) | Craig C. Bucceroni v. State Farm Ins. | Pharmacy Malpractice | Fort Lauderdale, FL |
| 12/15/98 | Mary Grace Maley (Defense) | Roger Metilly v. General Motors | Personal Injury | Hartford, CT* *case is out of Philadelphia |
| 3/1/99 | Joseph W. Shea, III (Plaintiff) | Estate of Wm Stafford v. Good Samaritan Hospital of Cincinnati, OH | Medical Malpractice | Hartford, CT |
| 4/26/99 | Michael Dowling (Defense) | Robillard v. Asahi, NAMCO & Swimline | Personal Injury with alcohol | Hartford, CT |
| 5/6/99 | Lisa Brodeur-McGan (Defense) | Barbieri v. Wheeler | MVA, Fatality with alcohol | Springfield, MA |
| 5/10/99 | Christopher Pencak (Plaintiff) | David Dempsey v. Susan Pease | Medical Malpractice | Hartford, CT |
| 5/20/99 | Kevin Roche (Defense) | John Necklas v. The Game | Personal Injury | Hartford, CT |
| 7/7/99 | Patton, Robert (Plaintiff) | Edith Blevins | Medical Malpractice | Winsdor Locks, CT *Note: Case is out of Presonburg, KY |

Page 5
James E. O'Brien, Ph.D., M.D.
Record of Depositions Taken

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 7/23/99 | Madonna Estep (Plaintiff) | James v. Rite Aide | Pharmacy Mal *Note: Case is out of Charleston, WV | Windsor Locks, CT |
| 9/15/99 | Thomas, Edmund (Plaintiff) | Wedgeworth v. LA Patients Comp Fund, et al | Medical Mal | Wethersfield, CT (phone depo) |
| 1/5/00 | Gray, Francis (Defense) | Daniel Jones v. General Motors | Personal Injury | New Haven, CT |
| 5/31/00 | Deganis, Sergio (Defense) | Villanueva v. Crown Equipment Corp | Worker's Comp | Cheshire, CT |
| 7/20/00 | Coccomo, Cynthia | James Bowen v. C.S.P. Inc | Worker's Comp | Hartford, CT |
| 7/25/00 | Statile, Dominick | Renee St. Germain v. Buckingham Restaurant & Pizza Inc. | Worker's Comp | Hartford, CT |
| 9/28/00 | Mengacci, Joseph (Plaintiff) | Glen Duplissie V. Audietis | Personal Injury | Hartford, CT |
| 1/26/01 | Bell, Edward J., III | Paul Andrews | Personal Injury | East Hartford, CT |
| 7/27/01 | O'Keefe, Andrew (Defense) | Rohr v. New Milford Hospital Holding Corp., et al | Med Mal | Hartford, CT |

Page 6
James E. O'Brien, Ph.D., M.D.
Record of Depositions Taken

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 8/23/01 | Cella, Thomas | Jo-Anna Mokbil v. Edward Halprin et al | Personal Injury | New Haven |
| 11/30/01 | Reardon, Robert J. | Geraldo Ferreria v. S.E.A.T. Transit | Personal Injury | Hartford |
| 2/19/02 | Brooks, Jennifer (Defense) | Margaret Tomasella v. General Motors | Personal Injury | Windsor Locks, CT |
| 4/24/02 | Williams, Ronald (Defense) | Garmella, Admn of Estate of John Dyer v. James Sullivan, Comm of Transportation for State of CT | MVA with fatality | Trumbull, CT |
| 4/30/02 | Mahon, Brian (Plaintiff) | David Bourgoin v. Silktown Roofing | Workers Comp | New Britain, CT |

# JAMES E. O'BRIEN, Ph.D., M.D.

## Record of Court Testimony

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 9/93 | Charlene Russo (Defense) | Alan Dugan v. Friendly's | Substance Abuse | Hartford, CT |
| 10/93 | William McGrath, Jr (Defense) | William Nechitilo v. Montgomery Douglas | | Hartford, CT |
| 6/94 | Thomas Cella (Defense) | Willis Evarts, III v. Francis Harvey, et al | | Hartford, CT |
| 9/94 | James Geanuracos (Defense) | Dale Neilson v. Seaspray | | Hartford, CT |
| 12/94 | Conrad Seifert (Defense) | State of Connecticut v. Barry Howlett | DWI | Old Lyme, CT |
| 9/25/95 | James Parker (Plaintiff) | Cabrera v. Ali Mobayen, MD | Medical Mal | Boston, MA |
| 12/21/95 | David Kritzman (Defense) | State of Connecitcut v. Kristen Macroft | MVA-DWI with fatality | Manchester, CT |
| 2/5/96 | Terry Flukes (Defense) | Commonwealth of Massachusetts v. Brian Powers | MVA | Quincy, MA |
| 3/28/96 | Michael Murray (Plaintiff) | Hamid Misaghian v. Ali Shakibai, MD | Medical Mal | New Britain, CT |

Page 2
James E. O'Brien, Ph.D., M.D.
Record of Court Testimony

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 5/8/96 | Thomas Foster (Defense) | Commonwealth of Massachusetts v. Wayne Allen | Substance Abuse | New Bedford, MA |
| 5/9/96 | Susanne Caron (Plaintiff) | Marouski v. Dr. Fierer | Medical Mal | Hartford, CT |
| 5/14/96 | Thomas Brown (Plaintiff) | Marvin Eichelberg v. National Railroad Passenger Corp. | Personal Injury | U.S. District Court Hartford, CT |
| 5/28/96 | James Connolly (Defense) | Robert Sherrick v. Carmela LoGiudice | MVA with Alcohol | Superior Court Middletown, CT |
| 6/24/96 | Marilyn Douglas (Defense) | Estate of Knoll vs. Prudential Ins. Co.& Aetna Ins. Co. | MVA with Alcohol | New Haven, CT |
| 11/7/96 | Michael Murray (Defense) | State of Connecticut v. Patrick J. Fitzgerald | DWI | Middletown, CT |
| 1/9-1/10/97 | Martin Newhouse (Defense) | Commonwealth of Massachusetts v. Richard Guppy | Criminal | Superior Court Norfolk County, MA |
| 1/23/97 | Frank Sexton (Plaintiff) | Deborah Norris v. Dr. Davis | Personal Assault (Drugs) | Salt Lake City, UT |
| 2/27/97 | Frederick Muralo (Defense) | Roxanne Bruzzi v. Metropolitan Ins. Co. and Aetna Ins. Co. | MVA with Alcohol | Hartford, CT |

Page 3
James E. O'Brien, Ph.D., M.D.
Record of Court Testimony

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 3/11/97 | Laura Ondrush (Defense) | Jared Wilkas v. Stop & Shop | Personal Injury | Waterbury, CT |
| 6/25/97 | Hugh Keefe (Defense) | Maturo vs. Ellison, et al | MVA with Alcohol and Marijuana | Superior Court New Haven, CT |
| 8/5/97 | Edward Peters (Defense) | State of Connecticut v. Edward Kilroy | MVA with Alcohol | Superior Court Middletown, CT |
| 9/19/97 | Robert Walsh (Defense) | Evan Cahill v. John O'Shea | MVA with Alcohol | Superior Court New Haven |
| 5/21/98 | Michael T. Cronin (Defense) | State of Connecticut v. Emilio Volpe | DWI | Superior Court New London, CT |
| 6/4/98 | Paul Cramer | Robert Wood v. Edward J. Kozlak | Personal Injury | Litchfield, CT |
| 6/5/98 | Peter Ponziani (Defense) | Miguel Deleon v. Enterprise Rent-A-Car | MVA with Alcohol | Milford, CT |
| 9/16/98 | Wholean-James, Miriam (Defense) | State of Connecticut v. Richard Ianiello | Assault | New London, CT |
| 9/22/98 | Henderson-Staples, Gail | Ola Mae Taylor | Medical Mal | West Virginia |
| 10/13/98 | John Houlihan | Jean Frenette v. Leroy Conklin, et al | Personal Injury | Hartford, CT |

Page 4
James E. O'Brien, Ph.D., M.D.
Record of Court Testimony

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 1/15/99 | Roy Black (Defense) | State of Florida v. Victor Brancaccio | Murder (Prozac) | Vero Beach, FL |
| 3/10/99 | Jeffrey Schwartz | Desbert Scott v. City of Hartford | MVA with alcohol | Hartford, CT |
| 3/15/99 | Richard Maggi | Commonwealth of Machusetts v. | Armed Robbery/Assault | Springfield, MA |
| 5/5/99 | Stuart Ketaineck | Giannotti v. Pagano | Personal Injury with alcohol | New Haven, CT |
| 9/23/99 | Weill, Elizabeth | Todd v. General Motors | MVA fatality with alcohol | Syracuse, NY |
| 12/14/99 | Rosen, Michael (Defense) | State of FL v. Ray Thompson | Murder Trial ? Drug Use | Miami, FL |
| 2/3/00 | O'Brien, Donald (Defense) | State of Connecticut v. Ed Abernathy | Murder | Hartford, CT Superior Court |
| 2/29/00 | Grey, Francis (Defense) | Daniel Jones v. General Motors | MVA fatality with alcohol | Waterbury, CT |
| 3/13/00 | Goodrow, Karen (Defense) | State of Connecticut v. Michael Ross | Murder | New London State Court |

Page 5
James E. O'Brien, Ph.D., M.D.
Record of Court Testimony

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 5/2/00 | Soulsby, Peter (defense) | State v. Mylchreest | Driving Under the Influence | Middletown, CT Superior Court |
| 6/12/00 | Murphy, Scott (State's Attorney) | Randy Kirsch | Criminal | New Britain, CT |
| 9/18/00 | McGovern, John M. (Plaintiff) | Hester v. Wade | Civil (Copper in Water) | Deedham, MA |
| 10/31/00 | Tracey, James N. (Defense) | Tucker v. General Motors | Personal Injury | Camden, NJ Superior Court |
| 11/16/00 | Moniz, Joseph A (Defense) | State v. Wright | Criminal | Stanford, CT |
| 5/4/01 | Tansey, Thomas (Defense) | Robert DeNora v. General Motors | Personal Injury | Newark, NJ Superior Court |

Page 6
James E. O'Brien, Ph.D., M.D.
Record of Court Testimony

| DATE: | ATTORNEY: | CASE: | TYPE: | LOCATION: |
|---|---|---|---|---|
| 1/2/01 | Massimino, John (Prosecutor) | State v. Marco Carnacho | Murder | New Britian, CT |
| 1/29/02 | Thompson, Charles (defense) | State v. Sheryl Nichols | Criminal DWI | Hartford, CT |
| 3/20/02 | Kelly, Richard (Public Defender) | State v. Erica Cogan | Criminal DWI | Middletown, CT |
| 4/12/02 | Thompson, (Defense) | State v. Lenardo Nogucire | Criminal involving drugs | Danbury, CT |

*James E. O'Brien, Ph.D., M.D.*
31 Surrey Drive
Wethersfield, CT 06109
(860) 721-0121
Fax (860-721-0125

July 29, 2002

James P Mooney, Esq.
Law Offices of
Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, CT 06432-2407

Re  Fee Schedule

Dear Attorney Mooney

Per your request here is the information regarding my fees:

- $300  per hour for actual court testimony
- $200  per hour everything else (ie  file review, travel etc )

If you should have any questions regarding the above please feel free to contact our office

Sincerely,

Dr. James E O'Brien. Ph.D., M.D.