# 8. (b)
# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CLYNCH | : CIVIL ACTION NO. |
| | : 301CV01685 (JBA) |
| Plaintiff | : |
| | : |
| VS. | : |
| | : |
| STEVE CHAPMAN, JAMES | : , 2004 |
| GAROFALO and SALVATORE | : |
| FROSCHINO | : |
| Defendants | : |

## EXHIBIT 3

8. (b) DEFENDANTS' LOCAL RULE 14(b) LIST OF EXHIBITS

- Police Report Incident 00-18009 dated 11/1/00 (2 pages) – narrative of arrest, field sobriety testing

- Supplemental Police Report Incident 00-18009 dated 11/2/00 (1 page)

- Officer's DUI Arrest and Alcohol Test Refusal or Failure Report Form A-44 dated 11/1/00 (2 pages) – attachment 2 results BAC (1 page)

- Notice of Rights Form Jd-cr-5 dated 11/1/00 (1 page)

- Transcript *State of Connecticut v. William Clynch* dated 11/17/00  This document needs to be redacted.  Redact lines 12 through 25, comments by State Judge Joseph H. Sylvester, which state that the

Judge knew Clynch for years and that he was an outstanding fellow. This transcript documents that the Plaintiff admitted probable cause for the arrest.

- Police Report Incident 97-7350 dated 5/23/97 (1 page) - dispute with neighbor
- Police Report Incident 98-5760 dated 4/18/98 (1 page) – dispute with neighbor
- Police Report Incident 98-11206 dated 7/22/98 (1 page) – dispute with neighbor
- Police Report Incident 98-11660 dated 7/30/98 (1 page) – dispute with neighbor
- Police Report Incident 98-11695 dated 7/31/98 (2 pages) – dispute with neighbor
- Police Report Incident 98-14650 dated 9/23/98 (1 page) – dispute with neighbor
- Police Report Incident 98-5856 dated 4/27/98 (1 page) – dispute with neighbor

- Demonstrative Evidence – James O'Brien, M.D. Ph.D. – charts regarding his opinion and analysis and calculations.