UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | |
| V. | : | CIVIL NO. 3:01CV1685 (JBA) |
| STEVE CHAPMAN,<br>JAMES GAROFALO and<br>SALVATORE FORSCHINO | : | |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. This is a lawsuit for civil rights violations brought by a citizen against police officers. Is there any reason why you would have difficulty being completely neutral and fair in deciding this case if you are chosen to serve on the jury?

2. Is there anyone here who would prefer not to sit on a jury concerning a case of this kind?

3. Does anyone here feel for any reason that citizens who believe that they have been treated illegally and unfairly should not bring suit against police officers? If so, please explain.

4. Have you or anyone close to you ever been employed as a policeman or by any law enforcement agency in any capacity? If so, please explain.

5. Have you or anyone close to you ever been employed by any municipality in the State of Connecticut?

6. Has anyone here or anyone close to you ever been employed by any other Governmental unit in the State of Connecticut or elsewhere?

7. Do you know or have you read anything or heard anything about this case, the plaintiff or the defendants or any of the lawyers involved in the case?

8. Has anyone here ever served as an appointed or elected official of state, city or local Government?

9. Has anyone here or anyone close to you ever been involved in any political campaigns or elections in the State of Connecticut?

10. Has anyone here or any close to you ever been employed by an attorney?

11. Would you for any reason tend to favor one side or the other in this case or in regard to the evidence which may be presented?

12. Other things being equal, would you tend to trust or believe the testimony of a police officer more or less than that of an ordinary citizen merely because the testimony came from a police officer?

13. Does anyone here have any feeling that the testimony of a police officer is entitled to greater or lesser weight or believability than that of a civilian?

14. Have you or anyone close to you ever been the victim of a crime?

15. Does anyone here belong to any club or organization which in any way is interested in the enforcement or the change of any law or laws or which is in any other way concerned with policemen or law enforcement?

16. Have you or anyone close to you ever been arrested?

17. Has anyone here ever witnessed an arrest?

18. Have you, or has anyone close to you, ever been a party to a lawsuit? If so, please explain.

19. Where are you employed?

20. If you are married, is your spouse connected in any way with any police department or other law enforcement agency or is he or she employed by any municipality?

THE PLAINTIFF

BY /s/ JOHN R. WILLIAMS
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

**CERTIFICATION OF SERVICE**

On the above date, copies hereof were mailed to Attorneys James P. Mooney and Raymond J. Kelly, Law Office of Kelly & Mooney, 2452 Black Rock Turnpike, Fairfield, CT 06432.

JOHN R. WILLIAMS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| STEVE CHAPMAN, JAMES | : | , 2004 |
| GAROFALO and SALVATORE | : | |
| FROSCHINO | : | |
| **Defendants** | : | |

### 9. (1) DEFENDANTS' EXHIBIT 1 TO PRETRIAL MEMORANDUM PROPOSED VOIR DIRE QUESTIONS

1. This suit is brought against three City of Derby police officers alleging false arrest, malicious prosecution and infliction of emotional distress. Do any of you know anything about the facts of this case through either personal knowledge or the media?

2. Do you understand that this is a civil case? This means that it is a civil dispute rather than a criminal prosecution.

3. Do you understand that the role of the jury is to be the "judge" of the disputed facts in the case? This means that each juror must listen to the evidence admitted in court and decide the relative value of that evidence to resolve questions that will be presented to the jury at the conclusion of the

evidence.

4. Do you understand that the burden of proof in a civil case is different from that in a criminal case? This means that the party that must prove something to you, as jurors, must do so by a preponderance of the evidence, not beyond a reasonable doubt.

5. Litigants are entitled to have their case heard by a jury that is fair and impartial. Do you understand that being a fair and impartial juror means that a person does not have special feelings or special knowledge about an issue in the case or about the case itself that prevents that person from treating both sides of the dispute the same before hearing any evidence? For example, someone who has recently been arrested or who feels that the consumption of alcohol under any circumstances might have difficulty being a juror in a case which involves an alcohol related arrest.

6. Do you understand that the jury selection process is the sole opportunity that the litigants will have to learn if you have had experiences or have feelings or knowledge that may influence how you view the evidence in this case?

7. Are you acquainted with the Plaintiff, William Clynch, in this case?

8. Are you acquainted with the Defendants, Steve Chapman, James Garofalo and Salvatore Froschino, in this case?

9. Do you recognize any of the attorneys who are here?

10. The attorneys in this case are Timothy Mahoney of the law firm of Williams and Pattis of New Haven and James P. Mooney of the law firm of Kelly and Mooney of Fairfield. Have you, anyone close to you, or any member of your family (including your spouse, children, stepchildren, parents, brothers, sisters, children-in-law, brothers-in-law, sisters-in-law or parents-in-law) ever been represented by any of these attorneys?

11. The following are potential witnesses in this case:

a. Former Derby Police Officer (current Connecticut State Trooper) Steve Chapman

b. Derby Police Officer James Garofalo

c. Derby Police Officer Salvatore Froschino

d. Derby Police Chief Andrew Cota

e. Expert witness Dr. James O'Brien, M.D., Ph.D. of Wethersfield, Connecticut

Do you know or do you think you might know any of these people?

12. Do you know anyone else on the jury panel?

13. Have you, anyone close to you, or any member of your family were worked for or been employed by any of the following entities: City of Derby, Derby Police Department, United Illuminating Company?

14. Have you, anyone close to you, or any member of your family ever been a taxpayer in the City of Derby?

15. Have you, anyone close to you, or any member of your family ever studied law?

16. Do any of you have a spouse who is a lawyer or who has studied law?

17. Have you, anyone close to you, or any member of your family ever been employed as a police officer, sheriff, constable or other law enforcement officer?

18. Have you ever served in the armed forces?

19. Have you ever been a witness at a trial, civil or criminal?

20. Have you ever been a juror in a trial, civil or criminal?

21. If yes, were you the presiding juror?

22. If you were a juror in a civil trial, did the jury reach a verdict?

23. Has anyone close to you or any member of your family ever been involved as a plaintiff, defendant or witness in a civil case or ever attended court for any reason?

24. If yes, is that civil case still pending?

25. Based on what you have heard about the facts of this case, was the civil action in which your friend or relative was involved similar in any way to this case?

26. Was there anything about the civil case in which your friend or relative was involved that you believe could have an impact on your ability to be a fair and impartial juror in this case?

27. Have you ever been a defendant in a suit brought for damages?

28. If yes, is that case still pending?

29. Based on what you have heard about the facts of this case, is the civil action in which you are or were a defendant similar in any way in this case?

30. Is there anything about the civil case in which you are or were a defendant that you believe could have an impact on your ability to be a fair and impartial juror in this case?

31. Have you ever been a plaintiff in a suit?

32. If yes, is that case still pending?

33. Based on what you have heard about the facts of this case, is the civil action in which you are or were a plaintiff similar in any way to this case?

34. Is there anything about the civil case in which you are or were a plaintiff that you believe could have an impact on your ability to be a fair and impartial juror in this case?

35. Have you read any newspaper articles or editorials concerning lawsuits or jury awards?

36. Are you a member of any organization that pertains to the justice system or reform or modification of the justice system?

37. This case is expected to last two to three days. Do you have any confirmed vacation plans or other family matters that would conflict with jury service?

38. Do you have any physical disability or condition that would interfere with your serving as a juror in this case?

39. Are you a member of any civil liberties related organization that would make you tend to side with a plaintiff alleging a violation of civil liberties

over a police officer?

40. Have you had any experience with any police officer that would make it difficult for you to be impartial?

41. Have you heard anything during this jury selection process that causes you concern about your ability to be a fair and impartial juror in this case?

42. Is there any matter that you would like to discuss privately that bears on your ability to serve as a juror in this case?