38

Janet Bond Arterton, U.S.D.J.

FILED
JAN 6  9 21 AM '04
UNITED STATES DISTRICT COURT
NEW HAVEN, CT
DISTRICT OF CONNECTICUT

WILLIAM CLYNCH

V.                                              CIVIL NO. 3:01CV1685 (JBA)

STEVE CHAPMAN,
JAMES GAROFALO and
SALVATORE FORSCHINO                JANUARY 5, 2004

## REQUEST FOR OPENING STATEMENTS

Pursuant to the Court's Standing Order concerning Trial Procedures and Requirements, the plaintiff requests opening arguments at the trial of this matter.

THE PLAINTIFF

BY /s/
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

1/26/04: Request GRANTED.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.

FILED
JAN 29 9 57 AM '04
US DISTRICT COURT
NEW HAVEN, CT