FILED
Oct 9 2 23 PM '03
U.S. DIST...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM CLYNCH** | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| **STEVE CHAPMAN, JAMES** | : | **OCTOBER 7, 2003** |
| **GAROFALO and SALVATORE** | : | |
| **FROSCHINO** | : | |
| **Defendants** | : | |

### DEFENDANTS' MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO ADD OR AMEND FINDINGS OF FACT

The Defendants, Steve Chapman, James Garofalo and Salvatore Froschino, respectfully ask this Court to add to or amend its finding of facts entered by the Court on or about September 30, 2003, as authorized by Federal Rule of Civil Procedure 52(b).

**A. Introduction**

1. The Plaintiff is William Clynch.

2. The Defendants are various City of Derby Police Officers Steve Chapman, James Garofalo and Salvatore Froschino.

---

*Margin annotations:*

1/26/04: Motion GRANTED, absent objection. Defendant Froschino is dismissed from this case.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.