CT(jyselysel (January 18, 2002)

TOTAL TIME  1  hours  30  minutes

HONORABLE _____
DEPUTY CLERK  Betty     RPTR/ERO/TAPE  Monica

DATE  2/17/4     START TIME  2:00     END TIME  3:40
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Clynch
   v.
Chapman

CIVIL NO.  01CV1685
§
§                                    _____
§         ☐ SEE ATTACHED CALENDAR FOR COUNSEL    Plaintiffs Counsel
§
§                                    Mooney
                                     Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐...... ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☒...... ☒ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐...#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐...#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐...#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐...#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐......                               ☐ filed ☐ docketed
☐......                               ☐ filed ☐ docketed
☐......                               ☐ filed ☐ docketed
☐......                               ☐ filed ☐ docketed
☒......  63  # jurors present
☒...... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☒...... Voir Dire by Court
☒...... Peremptory challenges exercised (See attached)
☒...... Jury of  18  drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☒...... Remaining jurors excused
☐...... Discovery deadline set for _____
☐...... Disposition Motions due _____
☐...... Joint trial memorandum due _____
☒...... Trial continued until _____ at  8:30AM

     3/8-13  or
     4/13-16

☐ COPY TO: JURY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Clark
v.
Chapman

CASE NO. 01CV1685 JBA

## CIVIL CHALLENGES

1. _____    1. _____
2. _____    2. _____
3. _____    3. _____
4. _____    4. _____


_____    _____
COUNSEL FOR PLAINTIFF(S)      COUNSEL FOR DEFENDANT(S)
                              James Mooney

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Clifton
v.
Chapman

CASE NO. 01cv1685 JBA

### CIVIL CHALLENGES

1. 10 (Cohen)      1. ✗
2. 35 (Chmielecki)      2. ✗
3. 51 (Currey)      3. ✗
4. ✗      4.

_____       _____
COUNSEL FOR PLAINTIFF(S)      COUNSEL FOR DEFENDANT(S)
Timothy Moynahan