FILED

Mar 12  12 53 PM '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM CLYNCH | : | CIVIL ACTION NO.<br>301CV01685 (JBA) |
| | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | |
| STEVE CHAPMAN, JAMES | : | MARCH 10, 2004 |
| GAROFALO and SALVATORE | : | |
| FROSCHINO | : | |
| **Defendants** | : | |

## DEFENDANTS' MOTION IN LIMINE PURSUANT TO F.R.E. 103

The Defendants, Steve Chapman and James Garofalo, prior to the time that

evidence commences regarding this matter seek to establish by way of an

order of this Court that the proffer of evidence pursuant to relevant state and

federal caselaw applicable to the _Terry v. Ohio_, 392 U.S. 1 (1968) issues

regarding reasonable and articulable reason to stop (the Plaintiff's

automobile) are substantially the same.

In support of this position that there is no significant evidentiary

differences in the burden of proof between the state and federal constitutional

claims, the Defendants cite the following case law:

(a) *State v. Lamme*, 216 Conn. 172 (1990)

(b) *State v. Anderson*, 24 Conn. App. 438 (1991)

(c) *State v. Cofield*, 220 Conn. 38 (1992)

(d) *State v. Kyles*, 221 Conn. 643 (1992)

(e) *State v. Hill*, 237 Conn. 81 (1996)

(f) *State v. Donahue*, 251 Conn. 636 (1999)

Thus, the Defendants move that the Court rule that the same standards and proffer of evidence apply to both the state and federal constitutional issues claimed in this matter.

THE DEFENDANTS,
Steve Chapman, James Garofalo
and Salvatore Froschino

By:_____

James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on March 10, 2004 a copy of the foregoing Defendants' Motion in Limine Pursuant to F.R.E. 103 was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

JAMES P. MOONEY, Esquire
Federal Bar No.: CT 09070