2004 APR -7 P 4: 33

DISTRICT C...

UNITED STATES DISTRICT COURT HAVEN, C...

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM CLYNCH | : |
| | : |
| V. | : CIVIL NO. 3:01CV1685(JBA) |
| | : |
| STEVE CHAPMAN, | : |
| JAMES GAROFALO and | : |
| SALVATORE FORSCHINO | : APRIL 7, 2004 |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the plaintiff,

TIMOTHY J. MAHONEY.

Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: 203.776.9494
Federal Bar No. ct24651

CERTIFICATION

On the above date, a copy hereof was mailed to Attorneys James P. Mooney and Raymond J. Kelly, Law Office of Kelly & Mooney, 2452 Black Rock Turnpike, Fairfield, CT 06432.

Timothy J. Mahoney