FILED

Apr 12  9 00 AM '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM CLYNCH** | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **STEVE CHAPMAN, JAMES** | : | APRIL 7, 2004 |
| **GAROFALO and SALVATORE** | : | |
| **FROSCHINO** | : | |
| **Defendants** | : | |

## DEFENDANTS' FINAL WITNESS LIST

A. Former Derby Police Officer Steve Chapman,
c/o Connecticut State Police
1111 Country Club Road
Middletown, Connecticut

Anticipated Testimony: Recall regarding facts surrounding arrest of William Clynch and subsequent events subject of this lawsuit including, but not limited to field sobriety testing, breath testing, contents of police report, DWI/DUI training, training regarding behavioral portion of 14-227 DWI/DUI statute.

B. Derby Police Officer James Garofalo
c/o Derby Police Department
125 Water Street
Derby, Connecticut

Anticipated Testimony:  Recall regarding facts surrounding arrest of William Clynch and subsequent events subject of this lawsuit, DWI/DUI testing and training, field sobriety testing, contents of police report, training regarding behavioral portion of 14-227 DWI/DUI statute.

    C.  Derby Police Chief Andrew Cota
        c/o Derby Police Department
        125 Water Street
        Derby, Connecticut

Anticipated Testimony:  Recall regarding interaction with witnesses A and B above following arrest of William Clynch; Derby Police Department policy regarding alcohol related arrests; bail issues (possible); field sobriety testing procedure; post-arrest procedure; training of Derby Police officers DWI/DUI; arrests pursuant to behavioral portion of 14-227 DWI/DUI statute.

    D.  Dr. James O'Brien, Ph.D., M.D. (expert)
        31 Surrey Drive
        Wethersfield, Connecticut

Anticipated Testimony:  See disclosures of expert dated June 19, 2002 and supplement to same dated July 30, 2002, attached hereto as Exhibits 1 and 2.

    E.  William Clynch
        85 Smith Street
        Derby, Connecticut

<u>Anticipated Testimony</u>: Recall regarding interactions with police officers, activities prior to arrest on November 1, 2000, alcohol consumed, field sobriety testing, claimed damages.

THE DEFENDANTS,
Steve Chapman, James Garofalo
and Salvatore Froschino

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on April 7, 2004 a copy of the foregoing Defendants' Final Witness List was mailed, postage prepaid, via first class U.S. mail, to:

Attorney John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut   06510

JAMES P. MOONEY, Esquire
Federal Bar No.: CT 09070