(Revised October 17, 2001)

TOTAL TIME: 6 hours ___ minutes
HONORABLE: Arterton
DEPUTY CLERK: Torday
RPTR/ERO/TAPE: Montone

DATE 4/14/4    START TIME 830    END TIME 215
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Clynch
   vs.
Chapman

CIVIL NO. 01CV1685JBA

Plaintiffs Counsel: Mahoney
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: Mooney

### CIVIL JURY/COURT TRIAL

☒ Jury of 8 report (see attached) ☒ Jury sworn
☒ (jytrl./h) Jury Trial held ☒ (jytrl./set) Jury Trial continued until 4/15/4 at 830 Am
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)