TOTAL TIME: **3** hours **30** minutes    DEPUTY CLERK HONORABLE **JBA**  Sitty   RPTR/ERO/TAPE Monton   CT/evtrial (October 17, 2001)

DATE **4/15/4**   START TIME **830**   END TIME **12:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Lynch**
vs.
**Chapman**

CIVIL NO. **01cv1685**

Mahony
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Moony
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☒ ........ Jury of **8** ☐ report (see attached) ☐ Jury sworn
☒ ........ ☒ (jytrl./h) Jury Trial held ☒ (jytrl./set) Jury Trial continued until **4/16/4** at **830am**
☐ ........ ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ...#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#__ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm .... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm .... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☒ ........ ☒ Plaintiff(s) rests ☐ Defense rests
☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........ ☐ Summation held ☐ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........ Jury commences deliberations at _____
☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

**Phase I**