(Revised October 17, 2001)

HONORABLE Arletta
DEPUTY CLERK Betty        RPTR/BRO/TAPE Norton

TOTAL TIME: ___ hours ___ minutes

DATE 4/16/04   START TIME 830   END TIME 1230
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Clynch
vs.
Chapman

CIVIL NO. 01cv1685

Mahony
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Mooney
Defendants Counsel

**CIVIL JURY/COURT TRIAL**

[X] Jury of 7 report (see attached)  ☐ Jury sworn
[X] (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until ___ at ___
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
ctrlconc . Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
# Motion ___ granted ☐ denied ☐ advisement
# Motion ___ granted ☐ denied ☐ advisement
# Motion ___ granted ☐ denied ☐ advisement
# Motion ___ granted ☐ denied ☐ advisement
oralm Oral Motion ___ granted ☐ denied ☐ advisement
oralm Oral Motion ___ granted ☐ denied ☐ advisement
oralm Oral motion ___ granted ☐ denied ☐ advisement
oralm Oral motion ___ granted ☐ denied ☐ advisement

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf ___  Deft ___  Reply ___
[X] Summation held  ☐ Court's Charge to the Jury
[X] All full exhibits, [X] Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
[X] Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

* Juror Carol McClean excused.