UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

William CLYNCH, :
    plaintiff, :
 :
v. : No. 3:01cv1685(JBA)
 :
Steve CHAPMAN and :
    James GAROFALO, :
    defendants. :

## VERDICT FORM for PHASE ONE

1. Has William Clynch proved that, when he was pulled over on November 1, 2000, Officer Steve Chapman both had not observed any traffic violation by plaintiff and lacked reasonable suspicion that Mr. Clynch was driving under the influence of alcohol?

    Yes _____    No __X__

Please have your jury foreperson date, note the time, and sign the form below.

4-16-04     11:55 (A.M.)/P.M.     Anne Muller
Date      Time                       Foreperson (Please Sign)

1