# United States District Court

DISTRICT OF _Witness_

**Clynch v. Chapman et al**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 01CV1685 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | T. Mahoney | Mooney |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 4/14/4 | Montene | Oldey |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/14 | | | Wm. Clynch  Derby, Ct |
| ✓ | | " | | | Mary Ellen Ramea  Shelton, Ct |
| ✓ | ✓ | 4/15 | | | James O'Brien  Wethersfield, Ct |
| ✓ | | " | | | Steve Chapman  Southington, Ct |
| | ✓ | " | | | James Lasdale  Derby, Ct |
| | ✓ | " | | | Andrew Cota  " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of       Pages