# United States District Court

DISTRICT OF _____ Both

Clynch v. Chapman, et al

**EXHIBIT AND WITNESS LIST**

FILED APR 16 2 34 PM '04
NEW HAVEN, CONN

CASE NUMBER: 01cv1685 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | T. Mahoney | J. Mooney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/14/4 | Montini | Today |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | ✓ | 1 | | ✓ | Police Ticket date 11/1/00 |
| ✓ | ✓ | 2 | | ✓ | Test #1 |
| ✓ | ✓ | 3 | | ✓ | Test #2 |
| ✓ | ✓ | 4 | | ✓ | DWI Arrest + Alcohol Test |
| ✓ | ✓ | 5 | | ✓ | Derby Police Incident Report |
| ✓ | ✓ | 6 | | ✓ | " " |
| ✓ | | 7 | | ✓ | Notice of Rights - St of Ct |
| | ✓ | 8 | | ✓ | Copy of Transcript of Hrg, Superior Court - Ansonia-Derby date 11/17/00 |
| ✓ | | 9 | | ✓ | Check #2151 for atty fee |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages