# United States District Court

DISTRICT OF Conn

**EXHIBIT AND WITNESS LIST**

Clynch v. Chapman

CASE NUMBER: 01 CV 1685 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Mahoney | Mooney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/16/04 | Montini | Torday |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | A |  |  |  | Note – Re Chalkboard |
|  | B |  |  |  | Note – Clarification |
|  | C |  |  |  | Note – Verdict |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of       Pages