**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

Apr 16  2 34 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

WILLIAM CLYNCH

v.                                    Civil No. 3:01cv1685 (JBA)

STEVE CHAPMAN
JAMES GAROFALO

## JUDGMENT

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge. On April 16, 2004, after deliberation, the jury returned a verdict for the defendants.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants.

Dated at New Haven, Connecticut this 16th day of April, 2004.

KEVIN F. ROWE, Clerk

Betty J. Torday
Deputy Clerk

EOD_____