UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **WILLIAM CLYNCH** | : CIVIL ACTION NO. |
| | : 301CV01685 (JBA) |
| Plaintiff | : |
| | : |
| VS. | : |
| | : |
| **STEVE CHAPMAN, JAMES** | : APRIL 20, 2004 |
| **GAROFALO and SALVATORE** | : |
| **FROSCHINO** | : |
| Defendants | : |

### DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

The Defendants, Steve Chapman and James Garofalo, ask this Court to approve the form of judgment as required by Federal Rule of Civil Procedure 58(a)(2)(B).

#### A. Introduction

1. The Plaintiff is William Clynch.

2. The remaining Defendants at the time of trial were Steve Chapman and James Garofalo.

3. After a trial of Phase One of this bifurcated matter, the jury found in favor of the Defendants on the basis that the Plaintiff, William Clynch, had failed to prove by a preponderance of the evidence that the Defendant, Steve

Chapman, lacked reasonable suspicion to make an investigatory motor vehicle stop.

4. This jury's special verdict in favor of the Defendants occurred on April 16, 2004.

5. After this Phase One of the trial, the Court announced that judgment should be for the Defendants against the Plaintiff.

## B. Argument

6. Federal Rule of Civil Procedure 58 requires the Court to promptly approve the form of the judgment when the jury returns a special verdict.

7. On April 16, 2004 the jury returned a verdict accompanied by an interrogatory in favor of the Defendants.

8. The Defendants, Steve Chapman and James Garofalo now seek that this Court enter a final judgment in favor of them as to all issues in keeping with prior Court rulings.

## C. Conclusion

9. This motion seeks final judgment in favor of all the remaining Defendants for reasons cited above. For these reasons the Defendants,

Steve Chapman and James Garofalo ask the Court to approve the form of judgment.

THE DEFENDANTS,

By: _____
James P. Mooney, Esquire
Law Office of Kelly & Mooney
2452 Black Rock Turnpike
Fairfield, Connecticut 06825
(203) 373-7780
Federal Bar No.: CT 09070

## CERTIFICATION

This is to certify that on April 20, 2004 a copy of the foregoing Defendants' Motion for Entry of Judgment was mailed, postage prepaid, via first class U.S. mail, to:

Attorney Timothy J. Mahoney
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

_____
JAMES P. MOONEY, Esquire
Federal Bar No.: CT 09070