01-1685 m

4/27/04: Motion DENIED as moot inasmuch as judgment entered on behalf of all defendants on 4/16/04 and this matter was closed on 4/16/04 [see doc. #60].

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

/s/ Janet Bond Arterton, U.S.D.J.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WILLIAM CLYNCH** | : | CIVIL ACTION NO. |
| | : | 301CV01685 (JBA) |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **STEVE CHAPMAN, JAMES** | : | APRIL 20, 2004 |
| **GAROFALO and SALVATORE** | : | |
| **FROSCHINO** | : | |
| **Defendants** | : | |

## DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT

The Defendants, Steve Chapman and James Garofalo, ask this Court to approve the form of judgment as required by Federal Rule of Civil Procedure 58(a)(2)(B).

### A. Introduction

1. The Plaintiff is William Clynch.

2. The remaining Defendants at the time of trial were Steve Chapman and James Garofalo.

3. After a trial of Phase One of this bifurcated matter, the jury found in favor of the Defendants on the basis that the Plaintiff, William Clynch, had failed to prove by a preponderance of the evidence that the Defendant, Steve